# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Anthony Leggiere

             Plaintiff,
v.

ABS Facility Services Inc.

             Defendant.

JUDGMENT IN A CIVIL CASE
for Attorney Fees

Case Number:  2:19-cv-00843-APG-DJA

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Laggiere is awarded $5,637.50 in attorney's fees and $550.20 in costs.

8/16/2019
Date

DEBRA K. KEMPI
Clerk



/s/ A. Reyes
Deputy Clerk