# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY LEGGIERE,<br><br>　Plaintiff<br><br>v.<br><br>ABS FACILITY SERVICES INC.,<br><br>　Defendant | Case No.: 2:19-cv-00843-APG-DJA<br><br>**Order Denying Motion to Reopen as Moot**<br><br>[ECF No. 29] |

In light of the parties' notice of settlement (ECF No. 32), defendant ABS Facility Services Inc.'s motion to set aside default judgment **(ECF No. 29) is DENIED as moot**.

DATED this 21st day of January, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE